IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. |
| TYRUS R. CHERRY, | JUDGE |
| Defendant. | **Filed Under Seal** |

## SEALED MOTION TO SEAL

The United States respectfully requests that the Indictment, the Arrest Warrant, this Motion, and any resulting order in this matter be sealed. The United States is apprehensive that the defendant may flee the jurisdiction and/or evidence may be destroyed if the defendant becomes aware of the existence of the Indictment and Arrest Warrant.

WHEREFORE, the government respectfully requests that the Indictment, Arrest Warrant, this Motion, and any resulting order in this matter be sealed until the defendant has been arrested.

Respectfully submitted,

KELLY A. NORRIS
Acting United States Attorney

*S/Heidy Carr*

HEIDY CARR (0093524)
Special Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Heidy.Carr@usdoj.gov