UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

JUN 12 2025 1:39 P

U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYRUS R. CHERRY,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Felon in Possession of a Firearm)**

1. On or about January 20, 2025, in the Southern District of Ohio, the defendant, **TYRUS CHERRY**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one Anderson Manufacturing, Model AM-15, multi-caliber pistol, bearing serial number 21002988, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

**FORFEITURE ALLEGATION**

2. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **TYRUS CHERRY**, shall forfeit to the United States all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Anderson Manufacturing, Model AM-15, multi-caliber pistol, bearing serial number 21002988; and
- All associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL.**

*s/ Foreperson*
**FOREPERSON**


**KELLY A. NORRIS**
**ACTING UNITED STATES ATTORNEY**

**HEIDY T. CARR (0093524)**
**Special Assistant United States Attorney**

2