AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio at Columbus

| | |
|---|---|
| United States of America<br>v.<br><br>Tyrus Cherry<br>*Defendant* | Case No.  2:25-cr-102 |

**ORDER SCHEDULING A DETENTION HEARING**

A detention hearing in this case is scheduled as follows:

| Place: | Jos. P. Kinneary U.S. Courthouse<br>85 Marconi Blvd<br>Columbus, OH 43215 | Courtroom No.: | 220 |
|---|---|---|---|
| | | Date and Time: | 7/2/2025 1:30 PM |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:     6/30/2025

s/Elizabeth A. Preston Deavers
*Judge's signature*

Elizabeth A. Preston Deavers, U. S. Magistrate Judge
*Printed name and title*